FILED '08 JUN 18 12:50 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIA MARTINEZ,                                )
                                               )
            Plaintiff,                         )   Civil No. 07-1015-HO
                                               )
       v.                                      )   O R D E R
                                               )
BARRETT BUSINESS SERVICES, INC., a             )
Maryland foreign business                      )
corporation, and SABROSO COMPANY, an           )
Oregon domestic business corporation,          )
                                               )
            Defendants.                        )

Defendant Barrett Business Service, Inc.'s motion for summary judgment on plaintiff's first and second claims for relief as they relate to her allegation that she experienced a hostile work environment (#21) is denied because there are issues of fact about the appropriateness of defendant's response to the alleged harassment.

DATED this 18th day of June, 2008.

/s/ Michael R. Hogan
United States District Judge